## DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

| | |
|---|---|
| John Doar (1921-2014)<br>JOHN F. KALEY<br>WALTER MACK<br>———<br>OF COUNSEL<br>JOHN JACOB RIECK, JR.<br>JAMES I. WASSERMAN<br>DAVID RIVERA<br>MICHAEL MINNEFOR | ASTOR BUILDING<br>7TH FLOOR<br>217 BROADWAY<br>NEW YORK, N.Y. 10007-2911<br>———<br>TELEPHONE: (212) 619-3730<br>FACSIMILE: (212) 962-5037<br>E-mail: jkaley@doarlaw.com |

May 11, 2020

**VIA ECF Filing**

The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Faustin*
Docket No. S7 19 CR 131 (PAE)

Dear Judge Engelmeyer:

    I was appointed to represent Geraldine Faustin in the above-referenced matter. Sentencing of Ms. Faustin presently is scheduled for June 1, 2020. I write now to request that sentencing be adjourned for 60 days. I have conferred with AUSA Schrier regarding this request and AUSA Schrier has authorized me to represent that the Government does not object to this request.

    The reason for the requested adjournment is the Covid-19 pandemic which currently prevents in-person sentencing proceedings.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ *John F. Kaley*

John F. Kaley

cc: AUSA Benjamin Schrier
USPO Jonathan Bressor
(both via ECF Filing)

---

**GRANTED.** Sentencing is adjourned to August 5, 2020 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested Dkt. No. 388.

SO ORDERED.                     5/15/2020

*[signature: Paul A. Engelmayer]*
_____
PAUL A. ENGELMAYER
United States District Judge