## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

| | |
|---|---|
| JOHN DOAR (1921-2014)<br>WALTER MACK<br><br>OF COUNSEL<br>JOHN JACOB RIECK, JR.<br>JOHN F. KALEY<br>DAVID RIVERA<br>MICHAEL MINNEFOR | ASTOR BUILDING<br>7TH FLOOR<br>217 BROADWAY<br>NEW YORK, N.Y. 10007-2911<br><br>TELEPHONE: (212) 619-3730<br>FACSIMILE: (212) 962-5037<br>e-mail: firm@doarlaw.com<br>website: www.doarlaw.com |

November 5, 2020

**Via ECF Filing**
The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Faustin*
Docket No. S7 19 CR 131 (PAE)

Dear Judge Engelmayer:

     I represent Geraldine Faustin in the above-referenced matter. Sentencing of Ms. Faustin presently is scheduled for November 20, 2020. I write now to request that sentencing be adjourned for approximately two weeks. I have communicated with Government counsel regarding this request and have been advised that the Government has no objection to this request. The reason for this request is that I need some brief additional time to complete a sentencing submission and then to prepare for sentencing. It would be my preference to have an in-person sentencing proceeding if that is workable. Ms. Faustin is on bail and not in custody.

     The Court has suggested December 9, 2020 as a new date. I am available on that date.

     Thank you for the Court's consideration of this request.

------------------------------------------------------------------------

**GRANTED.** Sentencing is adjourned to December 9, 2020 at 2:30 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 560.
       SO ORDERED.

Respectfully submitted,

/s/
John F. Kaley

11/5/2020

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge