# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

| | |
|---|---|
| JOHN DOAR (1921-2014) <br> WALTER MACK <br><br> OF COUNSEL <br> JOHN JACOB RIECK, JR. <br> JOHN F. KALEY <br> DAVID RIVERA <br> MICHAEL MINNEFOR | ASTOR BUILDING <br> 7TH FLOOR <br> 217 BROADWAY <br> NEW YORK, N.Y. 10007-2911 <br><br> TELEPHONE: (212) 619-3730 <br> FACSIMILE: (212) 962-5037 <br> e-mail: firm@doarlaw.com <br> website: www.doarlaw.com |

November 25, 2020

**By ECF Filing**
The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States . v. Faustin*, Docket No. 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

I represent Geraldine Faustin in the above-referenced matter. An in-person sentencing of Ms. Faustin presently is scheduled for December 9, 2020. Given what I understand to be the limitations on in-person proceedings, I write now to request that sentencing be adjourned until February 4, 2021 either at 10:30 a.m. or 2:30 p.m., which I understand are an available date and times on the Court's calendar. Ms. Faustin is on bail and not in custody.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/

John F. Kaley

cc: AUSA Daniel Wolfe
    AUSA Benjamin Schrier
    (via email and ECF filing)

**GRANTED.** Sentencing is adjourned to February 4, 2021 at 2:30 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 583.

11/25/2020

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge