# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

| | |
|---|---|
| JOHN DOAR (1921-2014)<br>WALTER MACK<br><br>OF COUNSEL<br>JOHN JACOB RIECK, JR.<br>JOHN F. KALEY<br>DAVID RIVERA<br>MICHAEL MINNEFOR | ASTOR BUILDING<br>7TH FLOOR<br>217 BROADWAY<br>NEW YORK, N.Y. 10007-2911<br><br>TELEPHONE: (212) 619-3730<br>FACSIMILE: (212) 962-5037<br>e-mail: firm@doarlaw.com<br>website: wwwdoarlaw.com |

January 21, 2021

**By ECF Filing**
The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Faustin*, Docket No. 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

     I represent Geraldine Faustin in the above-referenced matter.  An in-person sentencing of Ms. Faustin presently is scheduled for February 4, 2021.  Given what I understand to be the current limitations on in-person proceedings, I write now to request that sentencing be adjourned until the week of March 15, 2021 (but not March 15th), if that would be convenient for the Court. Ms. Faustin is on bail and not in custody.  I have discussed this request with AUSA Schrier, who advised me that the Government consents to the adjournment requested.

     Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/

John F. Kaley

**GRANTED.** Sentencing is adjourned to March 18, 2021 at 2:30 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 670.

1/21/2021
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge