JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

DING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: wwwdoarlaw.com

March 3, 2021

**By ECF Filing**
The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

                        Re:  *United States v. Faustin*, Docket No. 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

      I represent Geraldine Faustin in the above-referenced matter. I write now on behalf of Ms. Faustin and the Government as directed in the Court's Order of March 1, 2021.

      An in-person sentencing of Ms. Faustin presently is scheduled for March 18, 2021. Because of the current pandemic, I have been unable at this time to meet in-person with Ms. Faustin and to prepare adequately for sentencing. For that reason, I request that sentencing be adjourned for approximately 45 days to a date convenient for the Court. It is hoped that, in the not too distant future, the incidences of the Covid virus in the New York Metropolitan area will continue to decrease, that the threat of the variants we hear so much about on a daily basis will lessen, and that the vaccines will be more widely available, thereby allowing for safer and more in-person contact and some resumption of normalcy, whatever that will be. Ms. Faustin is on bail and not in custody.

      I have discussed this request with AUSA Schrier, who advised me that the Government consents to the adjournment requested.

      Thank you for the Court's consideration of this request.

                                             Respectfully submitted,

                                                 /s/
                                             John F. Kaley

**GRANTED.** Sentencing is adjourned to May 6, 2021 at 2:30 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 710.

3/3/2021

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge