UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GERALDINE FAUSTIN,

                Defendant.

19-CR-131 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court reschedules the in-person sentencing hearing in this case, previously scheduled for May 12, 2021 at 2:30 p.m., for the same day, **May 12, 2021, at 11 am.** The parties are directed to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information: call 888-363- 4749 and use access code 468-4906, followed by the pound (#) key.

      SO ORDERED.

                                      *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: May 11, 2021
       New York, New York