UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GERALDINE FAUSTIN,<br><br>Defendant. | 19-CR-131 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Sentencing in the above-captioned case is scheduled for Wednesday, May 12, 2021, at 11 am. In preparing for sentencing, the Court has noted a significant factual dispute between the parties. According to the presentence report, the defense disputes the factual representation in paragraph 38 of the PSR that "Faustin played a significant role in the sex-trafficking of Victim-4." For avoidance of doubt, the Court is inclined to credit in full the trial testimony of Victim-4 at the March 2020 trial of Carl Andrews with respect to the activities of Ms. Faustin relating to Victim-4, and on that basis to find established the facts set forth in paragraph 38. These facts are highly material to Ms. Faustin's sentencing (and are not reflected in the advisory sentencing guidelines range, which is based on the narcotics guideline). The Court will inquire, early in tomorrow's sentencing proceeding, whether the defense disputes any of these facts. If so, given their significance, the Court will defer sentencing and schedule a prompt *Fatico* hearing.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 11, 2021
      New York, New York